UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KMART CORPORATION, )<br>)<br>Defendant. ) | Civil Action No. 04CV10093(EFH) |

### JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference dated January 20, 2004, the parties conferred on February 13, 2004 and jointly propose the following:

**I.    Proposed Agenda of Matters to Be Discussed -- Local Rule 16.1(B)(1)**

1. Proposed pretrial schedule, including a plan for discovery

2. Trial by Magistrate Judge, and trial schedule

3. Settlement

4. Any other matters

**II.    Statement of the Case**

This action arises out of Defendant Kmart Corporation's ("Kmart") lease on its store at Assembly Square Mall in Somerville. Plaintiff Assembly Square Limited Partnership ("Assembly"), the landlord of the premises that are the subject of the lease, seeks monetary damages and an order evicting Kmart, alleging that Kmart failed to timely pay rent in the form of real estate taxes and common-area-maintenance charges. Kmart disputes Assembly's allegations

and asserts various defenses, including that it does not owe Assembly any of the amounts claimed in the Complaint and its tenancy has not been properly terminated.

### III. Proposed Pretrial Schedule -- Local Rule 16.1(B)(2)

The parties agree to be bound by the discovery event limitations set forth in Local Rule 26.1(C), and have agreed[1] to the following Proposed Pretrial Schedule:

1. The parties have completed their initial disclosures pursuant to Fed. R. Civ. P. 26(a) and Local Rule 26.2, and agree to supplement these disclosures to the extent required under Fed. R. Civ. P. 26(e);

2. Either side may amend its existing pleadings as of right on or before February 29, 2004. Motions to further amend the pleadings shall be filed by April 30, 2004;

3. All discovery shall be completed by April 30, 2004. Discovery requests shall be served sufficiently in advance of April 30, 2004 so as to enable timely compliance with this deadline; and

4. Any dispositive motions, including motions for summary judgment, shall be filed on or before May 30, 2004. Opposition papers responsive thereto be filed no later than 14 days thereafter, and reply briefs be filed no later than 10 days after service of the opposition papers.

### IV. Trial Before a United States Magistrate Judge -- Local Rule 16.1(B)(3)

Kmart does not consent to the assignment of this matter to a United States Magistrate Judge. Assembly consents to the assignment of this matter to a United States Magistrate Judge.

---

[1] Assembly notes that this action, an ejectment action commenced in the Somerville Division of the Massachusetts Trial Court, is exempt from Fed. R. Civ. 16(b) under Local Rule 16.2. The parties have exchanged written discovery. While Assembly opposes additional discovery and seeks an expedited trial date, the timeframes set forth herein appear reasonable.

## V.     Local Rule 16.1(D)(3) Certifications

Counsel have conferred with their respective clients concerning the matters set forth in Local Rule 16.1(D)(3). Plaintiff's and Defendant's certifications to this effect are attached hereto.

| Respectfully submitted,<br><br>KMART CORPORATION<br><br>By its attorneys,<br><br>_Douglas H. Meal (EAL)_<br>Douglas H. Meal (BBO#340971)<br>Elizabeth A. Latif (BBO#652336)<br>ROPES & GRAY LLP<br>One International Place<br>Boston, MA 02110<br>(617) 951-7000 | Respectfully submitted,<br><br>ASSEMBLY SQUARE LIMITED PARTNERSHIP<br><br>By its attorneys,<br><br>_[signature]_<br>Barry G. Braunstein (BBO#054645)<br>Dennis E. McKenna (BBO#556428)<br>RIEMER & BRAUNSTEIN LLP<br>Three Center Plaza<br>Boston, MA 02108-2003<br>(617) 523-9000 |

Dated:    February 27, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff by first-class mail on February 27, 2004.

_Douglas H. Meal (EAL)_
Douglas H. Meal

-3-