UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KMART CORPORATION,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04CV10093(EFH)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

The Plaintiff, Assembly Square Limited Partnership, and its counsel, hereby certify that they have conferred (a) with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

ASSEMBLY SQUARE LIMITED
PARTNERSHIP

By: _____
Title: Peter Carbone

ASSEMBLY SQUARE LIMITED
PARTNERSHIP

By its attorneys,
RIEMER & BRAUNSTEIN LLP

_____
Barry G. Braunstein (BBO#054645)
Dennis E. McKenna (BBO#556428)
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108-2003
(617) 523-9000

Dated: February 26, 2004

## CERTIFICATE OF SERVICE

I, Barry G. Braunstein, hereby certify that on this 27 day of February, 2004, I caused a true and accurate copy of the foregoing document to be served by first class mail, postage prepaid, upon all counsel of record..

*Barry G. Braunstein* (by DGR)
Barry G. Braunstein

817953.1