UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KMART CORPORATION,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04CV10093(EFH)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Defendant Kmart Corporation and its counsel affirm that they have conferred:

(a) with a view to establishing a budget for costs of conducting the full course—and various alternative courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

KMART CORPORATION

By: _____
Jeffrey Stollenwerck
Vice President—Real Estate
Kmart Corporation
3100 W. Big Beaver Road
Troy, Michigan, 48084

_____
Douglas H. Meal (BBO#340971)
Elizabeth A. Latif (BBO#652336)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Attorneys for Defendant

Dated: February 27, 2004

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 2/27/04  Elizabeth Latif