# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>KMART CORPORATION,<br><br>Defendant. | Civil Action No. 04CV10093(EFH) |

## ASSENTED TO MOTION TO EXTEND PROPOSED PRETRIAL SCHEDULE RESPECTING DISPOSITIVE MOTIONS

Defendant Kmart Corporation ("Kmart") hereby moves this Court for an order to extend the deadline for the filing of dispositive motions from May 30, 2004 to and including June 30, 2004. As reasons therefore, Defendant states as follows:

1. Pursuant to the Joint Statement of the Parties Pursuant to Local Rule 16.1(D), any dispositive motions, including motions for summary judgment, are to be filed on or before May 30, 2004, with opposition papers responsive thereto to be filed no later than 14 days thereafter, and reply briefs to be filed no later than 10 days after service of the opposition papers.

2. In order for Plaintiff to complete the outstanding Rule 30(b)(6) deposition of Kmart Corporation and for Defendant to review additional document discovery, the parties require an additional thirty days to file dispositive motions.

3. Plaintiff has assented to the extension requested by the Defendant in this motion.

9443342_1.DOC

WHEREFORE, Defendant hereby requests that the Court extend the briefing schedule as follows:

1. Any dispositive motions, including motions for summary judgment, are to be filed on or before June 30, 2004, opposition papers responsive thereto to be filed no later than 14 days thereafter, and reply briefs to be filed no later than 10 days after service of the opposition papers.

        Respectfully submitted,

        KMART CORPORATION

        By its attorneys,

        *Elizabeth Latif*
        Douglas H. Meal (BBO#340971)
        Elizabeth A. Latif (BBO#652336)
        ROPES & GRAY LLP
        One International Place
        Boston, MA 02110
        (617) 951-7000

Dated: May 20, 2004

Assented to:

        ASSEMBLY SQUARE LIMITED PARTNERSHIP

        By its attorneys,

        *Craig J. Ziady (CJR)*
        Dennis E. McKenna (BBO#556428)
        Craig J. Ziady (BBO#565216)
        RIEMER & BRAUNSTEIN LLP
        Three Center Plaza
        Boston, MA 02108-2003
        (617) 523-9000

Dated: May 20, 2004

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 5/20/04   *Elizabeth Latif*

9443342_1.DOC   -2-