UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 14 P 1:08

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>v.<br><br>KMART CORPORATION,<br><br>    Defendant. | Civil Action No. 04CV10093(EFH) |

## ASSENTED TO MOTION TO EXTEND PROPOSED PRETRIAL SCHEDULE RESPECTING DISPOSITIVE MOTIONS

Defendant Kmart Corporation ("Kmart") hereby moves this Court for an order to extend the deadline for the filing of dispositive motions from June 30, 2004 to and including July 30, 2004. As reasons therefore, Defendant states as follows:

1. On May 24, 2004, this Court granted Kmart's assented to motion to extend the deadline for filing any dispositive motions, including motions for summary judgment, from May 30, 2004, as set forth in the Joint Statement of the Parties Pursuant to Local Rule 16.1(D), to and including June 30, 2004, with opposition papers responsive thereto to be filed no later than 14 days thereafter, and reply briefs to be filed no later than 10 days after service of the opposition papers.

2. Due to circumstances beyond the parties' control, including the Plaintiff's inability to complete the outstanding Rule 30(b)(6) deposition of Kmart Corporation, the parties require an additional thirty days to file dispositive motions.

3. Plaintiff has assented to the extension requested by the Defendant in this motion.

9466304_1.DOC

WHEREFORE, Defendant hereby requests that the Court extend the briefing schedule as follows:

1. Any dispositive motions, including motions for summary judgment, are to be filed on or before July 30, 2004, opposition papers responsive thereto to be filed no later than 14 days thereafter, and reply briefs to be filed no later than 10 days after service of the opposition papers.

Respectfully submitted,

KMART CORPORATION

By its attorneys,

*Elizabeth Latif*
Douglas H. Meal (BBO#340971)
Elizabeth A. Latif (BBO#652336)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000

Dated:   June 14, 2004

Assented to:

ASSEMBLY SQUARE LIMITED PARTNERSHIP

By its attorneys,

*Craig Ziady (EAL)*
Dennis E. McKenna (BBO#556428)
Craig J. Ziady (BBO#565216)
RIEMER & BRAUNSTEIN LLP
Three Center Plaza
Boston, MA 02108-2003
(617) 523-9000

Dated:   June 14, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/~~by hand~~.

Date: 6/14/04   *Elizabeth Latif*

9466304_1.DOC                                    -2-