UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>KMART CORPORATION,<br><br>Defendant. | Civil Action No. 04CV10093(EFH) |

## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Kmart Corporation ("Kmart") respectfully moves pursuant to Fed. R. Civ. P. 56(a) for entry of partial summary judgment on the Complaint of Plaintiff Assembly Square Limited Partnership (the "Landlord"). In support of this motion, Kmart submits the accompanying Statement of Undisputed Material Facts, the Declarations of Patricia Briskey, Mark Mackowiak and Kristen Hanisch Mansharamani, with attached exhibits, and the Memorandum In Support of Kmart's Motion For Partial Summary Judgment.

The Landlord's eviction claim can be decided summarily as a matter of law. First, the Landlord's claim for eviction and possession fails as a matter of law because Kmart owed *none* of the amounts specified in the Landlord's notice of default (the "Notice of Default") upon which the Landlord based its subsequent notice of termination (the "Notice of Termination"). Second, even if this Court is not prepared to rule as a matter of law that Kmart owed *none* of the amounts specified in the Notice of Default, the undisputed facts demonstrate that the Notice of Default overstated any amount that the Landlord was entitled to recover from Kmart under the lease.

The Landlord's overstatement in the Notice of Default of amounts due, and a number of other reasons specified in Kmart's accompanying Memorandum, rendered the Notice of Default and the Notice of Termination, invalid as a matter law. The plaintiff's claim for eviction, therefore, fails as a matter of law.

## **CONCLUSION**

WHEREFORE, Kmart respectfully requests that its motion be allowed and that judgment enter for Kmart on the charge of possession.

KMART CORPORATION

By its attorneys,

*/s/ Douglas H. Meal*

Douglas H. Meal, Esq. (BBO No. 340971)
Kristen Hanisch Mansharamani, Esq. (BBO No. 655710)
Ropes & Gray
One International Place
Boston, MA 02110
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Dated: July 30, 2004

## Local Rule 7.1 Certificate of Compliance

    I, Kristen Hanisch Mansharamani, certify that I and my colleagues, Douglas H. Meal, Esq. and Elizabeth Latif, Esq., have conferred with counsel for the plaintiff in a good faith effort to resolve the disputes addressed herein and that effort failed.

*/s/ Kristen Hanisch Mansharamani*
Kristen Hanisch Mansharamani