UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

2004 JUL 30 P 5: 15

| | |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP, <br><br> Plaintiff, <br><br> v. <br><br> KMART CORPORATION, <br><br> Defendant. | Civil Action No. 04CV10093(EFH) |

## THE DEFENDANT'S MOTION FOR LEAVE TO FILE OVERSIZED MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Local Rule 7.1, defendant Kmart Corporation ("Kmart") respectfully moves this Court for leave to file an oversize memorandum in support of its motion for partial summary judgment on the plaintiff's summary process complaint (the "Complaint"). In support of its motion, Kmart states:

1. The Complaint asserts breach of Kmart's obligations under the lease dated December 5, 1978 pursuant to which Kmart occupies its store located at the Assembly Square Mall in Somerville (the "Lease").

2. Because presentation of Kmart's arguments in support of partial summary judgment is not practicable within the standard page limit for a memorandum in support of a dispositive motion, Kmart applies to this Court for leave to exceed that limit, and to file a memorandum consisting of thirty (30) pages.

3.  Kmart, in moving for partial summary judgment, addresses each and every amount aggregated in the Notice of Default sent by Landlord to Kmart, on which Landlord's purported termination is based.

4.  Kmart feels it necessary to review each item comprising the Notice of Default for a full presentation to this Court of the facts of the dispute. With respect to each item Kmart sets forth a number of undisputed facts underlying this motion for partial summary judgment.

5.  For the reasons stated above, and in the interests of a complete and fair presentation of the issues presented by the Kmart's Motion for Partial Summary Judgment, this Court should permit Kmart's filing of an oversize Memorandum, in support of Kmart's Motion for Partial Summary Judgment.

Respectfully submitted,

KMART CORPORATION.

By their attorneys,

ROPES & GRAY LLP

_____
Douglas H. Meal, Esq. (BBO No. 340971)
Kristen Hanisch Mansharamani, Esq. (BBO No. 655710)
Ropes & Gray
One International Place
Boston, MA 02110-2624
(617) 951-7000

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned certifies that on July 30, 2004, pursuant to Local Rule 7.1(A)(2), she attempted to confer with plaintiff's counsel, but was unable to reach him.

Kristen Hanisch Mansharamani, Esq.