UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>v.<br><br>KMART CORPORATION,<br><br>    Defendant. | Civil Action No. 04CV10093(EFH) |

## DECLARATION OF MARK R. MACKOWIAK

Mark R. Mackowiak, under penalty of perjury, states as follows:

1. I am a paralegal in the law firm of Barack Ferrazzano Kirschbaum Perlman & Nagelberg LLP ("Barack"). Barack represents Kmart Corporation ("Kmart") as Kmart's outside local bankruptcy counsel in connection with Kmart's Chapter 11 case in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court"), Case No. 02-B-02474 (the "Kmart Chapter 11 Case"). I have personal knowledge of the matters set forth in this affidavit.

2. By an order entered in the Kmart Chapter 11 Case on April 23, 2003 (the "Confirmation Order") (Docket No. 10827), the Bankruptcy Court confirmed the plan of reorganization (the "Plan") by which Kmart and its affiliates emerged from Chapter 11. The Effective Date of the Plan was May 6, 2003. Exhibit 1 hereto contains true and correct copies of certain portions of the Plan. Exhibit 2 hereto contains true and correct copies of certain portions of the Confirmation Order.

9436153-1

3.   On June 12, 2003, Assembly Square Limited Partnership filed a "Cure Claim" in the Kmart Chapter 11 Case in regard to certain alleged defaults by Kmart under Kmart's lease for Store No. 3486 in Somerville, Massachusetts dated December 5, 1978. A true and correct copy of this Cure Claim (without exhibits) is attached hereto as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 29, 2004.

*Mark R. Mackowiak*
Mark R. Mackowiak

State of Illinois    )
County of Cook    )

Sworn to before me and subscribed in my presence by Mark R. Mackowiak this 29th day of July, 2004.

*Thomas H Page*
Notary Public

OFFICIAL SEAL
THOMAS H. PAGE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 08/16/04

9436153-1