UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KMART CORPORATION,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04CV10093(EFH)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF KRISTEN HANISCH MANSHARAMANI TRANSMITTING DOCUMENTS RELIED UPON IN DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, KRISTEN HANISCH MANSHARAMANI, declare and state as follows:

1. I am an attorney with the law firm of Ropes & Gray, counsel to Defendant Kmart Corporation ("Kmart").

2. Attached hereto as designated exhibits are true and accurate copies of the following documents:

　　Exhibit A:　Delinquency Schedule, submitted with Plaintiff's Complaint For Possession and Monetary Damages, with handwritten enumeration added to Delinquency Schedule by Defendant;

　　Exhibit B:　Lease, dated December 5, 1978, between East Bay Development Corp., predecessor-in-interest to Plaintiff Landlord, and Kmart Corporation, Tenant;

　　Exhibit C:　Change Of Ownership Notice submitted by Landlord to Kmart, dated December 8, 1998;

　　Exhibit D:　Tri-Party Agreement and First Amendment to Lease Agreement, dated September 7, 1999;

　　Exhibit E:　Excerpts from Two Volumes Of Transcript of Deposition of Michelle Campagna, dated April 15, 2004 and April 27, 2004 respectively;

Exhibit F:   Excerpts from Transcript of Deposition Of Malcolm Baker dated April 30, 2004; and

Exhibit G:   Excerpts from Transcript of Deposition of Donald Morrissey dated April 15, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 30th day of July, 2004 in Boston, Massachusetts.

_____
Kristen Hanisch Mansharamani