UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>KMART CORPORATION,<br><br>Defendant. | Civil Action No. 04CV10093(EFH) |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the listed documents, filed on July 30, 2004: (1) Defendant's Motion for Partial Summary Judgment; (2) Defendant's Motion for Leave to File Oversized Memorandum in Support of Its Motion for Partial Summary Judgment; (3) Memorandum in Support of Defendant's Motion for Partial Summary Judgment; (4) Statement of Undisputed Material Facts in Support of Defendant's Motion for Partial Summary Judgment; (5) Declaration of Patricia Briskey with exhibits; (6) Declaration of Mark Mackowiak with exhibits; and (7) Declaration of Kristen Hanisch Mansharamani with exhibits, were served by hand on July 30, 2004 upon the attorney of record for each other party addressed as below:

**Counsel for Plaintiff:**

Craig J. Ziady, Esquire
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108-2003

Executed August 2, 2004, at Boston, Massachusetts.

Kristen Hanisch Mansharamani