UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP, <br><br> Plaintiff, <br><br> v. <br><br> KMART CORPORATION, <br><br> Defendant. | Civil Action No. 04CV10093(EFH) |

## DEFENDANT'S MOTION REQUESTING ORAL ARGUMENT ON ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Kmart Corporation ("Kmart") respectfully requests, pursuant to Local Rule 7.1(D), that this Court hear oral argument on Kmart's Motion for Partial Summary Judgment, filed July 30, 2004 (the "Motion"). In support thereof, Kmart states that its Memorandum of Points and Authorities in support of Kmart's Motion presents a number of reasons for this Court to enter partial summary judgment on the Complaint of Plaintiff Assembly Square Limited Partnership (the "Landlord"). All of Kmart's arguments are based upon undisputed facts and warrant this Court's entry of judgment in Kmart's favor on the Landlord's claim for eviction. However, to the extent that this Court finds certain of Kmart's arguments more compelling, at oral argument, Kmart's counsel would be prepared to assist this Court in answering any questions as to why any single argument, standing alone, is sufficient to enable this Court to enter summary judgment on the Landlord's claim for eviction. Kmart believes, therefore, that oral argument may assist this Court and Kmart wishes to be heard.

## CONCLUSION

WHEREFORE, Kmart respectfully requests that this motion requesting oral argument on Kmart's Motion be allowed.

KMART CORPORATION

By its attorneys,

*/s/ Douglas H. Meal*

Douglas H. Meal, Esq. (BBO No. 340971)
Kristen Hanisch Mansharamani, Esq. (BBO No. 655710)
Ropes & Gray
One International Place
Boston, MA 02110
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Dated: August 3, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on August 3, 2004.

*/s/ Kristen Hanisch Mansharamani*

## Local Rule 7.1 Certificate of Compliance

I, Kristen Hanisch Mansharamani, certify that I and my colleagues, Douglas H. Meal, Esq. and Elizabeth Latif, Esq., have conferred with counsel for the plaintiff in a good faith effort to resolve the underlying disputes addressed in Kmart's Motion For Partial Summary Judgment, filed July 30, 2004 to which this Request for Oral Argument relates, and that effort failed.

*/s/ Kristen Hanisch Mansharamani*
Kristen Hanisch Mansharamani