UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP,<br><br>    Plaintiff<br><br>v.<br><br>KMART CORPORATION,<br><br>    Defendant | Civil Action<br>No. 04-10093-EFH |

## JOINT MOTION TO EXTEND REMAINING SUMMARY JUDGMENT DEADLINES

Assembly Square Limited Partnership ("Plaintiff") and Kmart Corporation ("Kmart") hereby move this Court for an Order extending the remaining Summary Judgment deadlines by approximately two (2) weeks. As grounds in support of this joint motion, the parties state as follows:

1. Pursuant to the Joint Statement of the Parties under Local Rule 16.1(D) as amended, dispositive motions, including Motions for Summary Judgment, were to be filed by July 30, 2004, with opposition papers to be filed fourteen days thereafter.

2. Kmart filed a Motion for Summary Judgment on July 30, 2004. Under the operative briefing schedule, therefore, Plaintiff's opposition would be due on August 13, 2004.

3. Representatives of the parties have been engaging in settlement discussions to achieve the global resolution of all claims and defenses in this case. As recently as August 9, 2004, such discussions have resulted in conceptual proposals that the parties mutually wish to pursue on an expedited timeline. One of Plaintiff's principals, however, who is integral to the ongoing discussions, is traveling out of the country and is unable to continue productive negotiations until Friday, August 13, 2004, at the earliest.

4.    In order to avoid having the parties and the Court expend significant time and resources preparing, filing and reviewing Summary Judgment materials when the case could be resolved by the prospective settlement discussions, the parties respectfully request that the remaining briefing deadlines be postponed, and that the parties be afforded an additional two weeks to reach mutually agreeable terms for settlement.

WHEREFORE, the Plaintiff, Assembly Square Limited Partnership and the Defendant, Kmart Corporation, hereby request that the Court extend the deadline for filing an Opposition to Defendant's Motion for Summary Judgment through and including August 27, 2004, and that the Reply Brief deadline be extended accordingly to and through September 17, 2004.

Respectfully submitted,

| KMART CORPORATION | ASSEMBLY SQUARE LIMITED PARTNERSHIP, |
|---|---|
| By its Attorneys, ROPES & GRAY, LLP | By its Attorneys, RIEMER & BRAUNSTEIN LLP |
| _____ Douglas H. Meal (BBO #340971) Kristen Hanisch Mansharamani (BBO #655710) Ropes & Gray, LLP One International Place Boston, MA 02110 (617) 951-7000 | _____ Dennis E. McKenna (BBO #556428) Craig J. Ziady (BBO #565216) Riemer & Braunstein LLP Three Center Plaza Boston, MA 02108 (617) 523-9000 |

2