UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP,<br><br>    Plaintiff<br><br>v.<br><br>K-MART CORPORATION,<br><br>    Defendant | Civil Action<br>No. 04-10093-EFH |

## CERTIFICATE OF SERVICE

I, Craig J. Ziady, hereby certify that on this 11th day of August, 2004, I served a copy of the foregoing Joint Motion upon Defendant's counsel of record by first-class mail, postage prepaid, to

Kristen Hanisch Mansharamani, Esquire
Ropes and Gray LLP
One International Place
Boston, MA 02110

_____
Craig J. Ziady

59553.1.847408.1

3