UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP,<br><br>    Plaintiff<br><br>v.<br><br>KMART CORPORATION,<br><br>    Defendant | Civil Action<br>No. 04-10093-EFH |

## JOINT MOTION TO EXTEND SUMMARY JUDGMENT DEADLINES TO FINALIZE AND DOCUMENT SETTLEMENT

Assembly Square Limited Partnership ("Plaintiff") and Kmart Corporation ("Kmart") hereby move this Court for an Order extending the remaining Summary Judgment deadlines by sixty (60) days in order to allow the parties to finalize and document settlement. As grounds in support of this joint motion, the parties state as follows:

1. Pursuant to the Joint Statement of the Parties under Local Rule 16.1(D) as amended, dispositive motions, including Motions for Summary Judgment, were to be filed by July 30, 2004, with opposition papers to be filed fourteen days thereafter.

2. Kmart filed a Motion for Summary Judgment on July 30, 2004. Under the operative briefing schedule, Plaintiff's opposition would have been due on August 13, 2004.

3. When the parties' settlement discussions simultaneously advanced to the point where a global resolution of all claims and defenses appeared likely, the parties jointly obtained an extension of the filing deadline up to and including August 27, 2004.

4. The parties have reached an agreement in principle on a settlement that will include the dismissal of the above-captioned case. In order to finalize and document the terms of such settlement, the parties will need to prepare and execute an Amendment to the current Lease.

5. The first draft of that Amendment has already been exchanged, and the parties are diligently working to refine and finalize the terms of the Amendment.

6. In order to avoid having the parties and the Court expend significant time and resources preparing, filing and reviewing Summary Judgment materials when the case will be resolved by the prospective settlement discussions, the parties respectfully request that the remaining briefing deadlines be postponed, and that the parties be afforded an additional sixty (60) days to finalize a settlement.

WHEREFORE, the Plaintiff, Assembly Square Limited Partnership and the Defendant, Kmart Corporation, hereby request that the Court extend the deadline for filing an Opposition to Defendant's Motion for Summary Judgment through and including October 27, 2004, and that the Reply Brief deadline be extended accordingly to and through November 10, 2004.

Respectfully submitted,

| KMART CORPORATION | ASSEMBLY SQUARE LIMITED PARTNERSHIP, |
|---|---|
| By its Attorneys, ROPES & GRAY, LLP | By its Attorneys, RIEMER & BRAUNSTEIN LLP |
| Douglas H. Meal (BBO #340971) Kristen Hanisch Mansharamani (BBO #655710) Ropes & Gray, LLP One International Place Boston, MA 02110 (617) 951-7000 | Dennis E. McKenna (BBO #556428) Craig J. Ziady (BBO #565216) Riemer & Braunstein LLP Three Center Plaza Boston, MA 02108 (617) 523-9000 |