UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP,<br><br>    Plaintiff<br><br>v.<br><br>KMART CORPORATION,<br><br>    Defendant | Civil Action<br>No. 04-10093-EFH |

## JOINT MOTION TO EXTEND SUMMARY JUDGMENT DEADLINES TO DOCUMENT AND FINALIZE SETTLEMENT

Assembly Square Limited Partnership ("Plaintiff") and Kmart Corporation ("Kmart") hereby move this Court for an Order extending the remaining Summary Judgment deadlines by thirty (30) days in order to allow the parties to document and finalize their global settlement. As grounds in support of this joint motion, the parties state as follows:

1.    Pursuant to the Joint Statement of the Parties under Local Rule 16.1(D) as amended, dispositive motions, including Motions for Summary Judgment, were originally to be filed by July 30, 2004.

2.    Kmart filed a Motion for Summary Judgment on July 30, 2004. Under the operative briefing schedule, Plaintiff's opposition would have been due fourteen (14) days later.

3.    However, since the parties' settlement discussions advanced to the point where a global resolution of all claims and defenses appeared likely, the parties jointly obtained extensions of the filing deadline up to and including December, 2004.

4.    The parties have reached an agreement in principle on a settlement that will include the dismissal of the above-captioned case.

5.  The parties, their counsel and their engineers have been working diligently toward finalizing the settlement, including exchanging drafts of a comprehensive Lease Amendment, Releases, a Settlement Agreement, a Stipulation of Dismissal, and related documentation.

6.  These discussions were delayed by Kmart's announcement of its plans to merge with Sears, but the parties are again actively negotiating the final resolution.

7.  In light of the impending settlement, and in order to avoid the significant time and resources needed to prepare, file and review Summary Judgment materials which will be mooted by the prospective settlement, the parties respectfully request that the remaining briefing deadlines be postponed, and that the parties be afforded an additional thirty (30) days to finalize documentation of their settlement.

WHEREFORE, the Plaintiff, Assembly Square Limited Partnership and the Defendant, Kmart Corporation, hereby request that the Court extend the deadline for filing an Opposition to Defendant's Motion for Summary Judgment through and including January 3, 2005, and that the Reply Brief deadline be extended accordingly to and through January 17, 2005.

Respectfully submitted,

| KMART CORPORATION | ASSEMBLY SQUARE LIMITED PARTNERSHIP, |
|---|---|
| By its Attorneys,<br>ROPES & GRAY, LLP | By its Attorneys,<br>RIEMER & BRAUNSTEIN LLP |
| _/s/_ (CJZ w/ permission) | _/s/_ |
| Douglas H. Meal (BBO #340971)<br>Kristen Hanisch Mansharamani<br>(BBO #655710)<br>Ropes & Gray, LLP<br>One International Place<br>Boston, MA 02110<br>(617) 951-7000 | Dennis E. McKenna (BBO #556428)<br>Craig J. Ziady (BBO #565216)<br>Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(617) 523-9000 |

2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP,<br><br>    Plaintiff<br><br>v.<br><br>K-MART CORPORATION,<br><br>    Defendant | Civil Action<br>No. 04-10093-EFH |

## CERTIFICATE OF SERVICE

I, Craig J. Ziady, hereby certify that on this 1st day of December, 2004, I served a copy of the foregoing Joint Motion upon Defendant's counsel of record by first-class mail, postage prepaid, to

Kristen Hanisch Mansharamani, Esquire
Ropes and Gray LLP
One International Place
Boston, MA 02110

_____
Craig J. Ziady

59553.1.865190.1

3