UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP,<br><br>    Plaintiff<br><br>v.<br><br>KMART CORPORATION,<br><br>    Defendant | Civil Action<br>No. 04-10093-EFH |

## JOINT MOTION TO EXTEND SUMMARY JUDGMENT DEADLINES TO DOCUMENT AND FINALIZE SETTLEMENT

Assembly Square Limited Partnership ("Plaintiff") and Kmart Corporation ("Kmart") hereby move this Court for an Order extending the remaining Summary Judgment deadlines by two (2) additional weeks in order to allow the parties to document and finalize their global settlement. As grounds in support of this joint motion, the parties state as follows:

1.    Pursuant to the Joint Statement of the Parties under Local Rule 16.1(D) as amended, dispositive motions, including Motions for Summary Judgment, were originally to be filed by July 30, 2004.

2.    Kmart filed a Motion for Summary Judgment on July 30, 2004. Under the operative briefing schedule, Plaintiff's opposition would have been due fourteen (14) days later.

3.    However, since the parties' settlement discussions advanced to the point where a global resolution of all claims and defenses appeared likely, the parties jointly obtained extensions of the filing deadline up to and including January 3, 2005.

4.    The parties have agreed in principle on a settlement that will include the dismissal of the above-captioned case, and have been working diligently toward finalizing the settlement,

including exchanging drafts of a comprehensive Lease Amendment, Releases, a Settlement Agreement, a Stipulation of Dismissal, and related documentation.

5. These discussions were delayed by Kmart's announcement of its plans to merge with Sears, but the parties have resumed actively negotiating the final resolution, and have virtually completed the documentation.

6. In light of the impending settlement, and in order to avoid the significant time and resources needed to prepare, file and review Summary Judgment materials which will be mooted by the settlement, the parties respectfully request that the remaining briefing deadlines be postponed, and that the parties be afforded an additional two (2) weeks to finalize documentation of their settlement.

WHEREFORE, the Plaintiff, Assembly Square Limited Partnership and the Defendant, Kmart Corporation, hereby request that the Court extend the deadline for filing an Opposition to Defendant's Motion for Summary Judgment through and including January 18, 2005, and that the Reply Brief deadline be extended accordingly to and through January 31, 2005.

Respectfully submitted,

| KMART CORPORATION | ASSEMBLY SQUARE LIMITED PARTNERSHIP, |
|---|---|
| By its Attorneys, ROPES & GRAY, LLP | By its Attorneys, RIEMER & BRAUNSTEIN LLP |
| /s/ (w/ permission) | /s/ |
| Douglas H. Meal (BBO #340971) Kristen Hanisch Mansharamani (BBO #655710) Ropes & Gray, LLP One International Place Boston, MA 02110 (617) 951-7000 | Dennis E. McKenna (BBO #556428) Craig J. Ziady (BBO #565216) Riemer & Braunstein LLP Three Center Plaza Boston, MA 02108 (617) 523-9000 |

2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP,<br><br>    Plaintiff<br><br>v.<br><br>K-MART CORPORATION,<br><br>    Defendant | Civil Action<br>No. 04-10093-EFH |

### CERTIFICATE OF SERVICE

I, Craig J. Ziady, hereby certify that on this 30th day of December, 2004, I served a copy of the foregoing Joint Motion upon Defendant's counsel of record by first-class mail, postage prepaid, to

    Kristen Hanisch Mansharamani, Esquire
    Ropes and Gray LLP
    One International Place
    Boston, MA 02110

_____
Craig J. Ziady

59553.1.870122.1

3