UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP, <br><br> Plaintiff <br><br> v. <br><br> KMART CORPORATION, <br><br> Defendant | Civil Action <br> No. 04-10093-EFH |

## JOINT MOTION TO EXTEND SUMMARY JUDGMENT DEADLINES TO DOCUMENT AND FINALIZE SETTLEMENT

Assembly Square Limited Partnership ("Plaintiff") and Kmart Corporation ("Kmart") hereby move this Court for an Order extending the remaining Summary Judgment deadlines by two (2) additional weeks in order to allow the parties to document and finalize their global settlement. As grounds in support of this joint motion, the parties state as follows:

1.      Pursuant to the Joint Statement of the Parties under Local Rule 16.1(D) as amended, dispositive motions, including Motions for Summary Judgment, were originally to be filed by July 30, 2004.

2.      Kmart filed a Motion for Summary Judgment on July 30, 2004. Under the operative briefing schedule, Plaintiff's opposition would have been due fourteen (14) days later.

3.      However, since the parties' settlement discussions advanced to the point where a global resolution of all claims and defenses appeared likely, the parties jointly obtained extensions of the filing deadline up to and including January 18, 2005.

4.      The parties have agreed in principle on a settlement that will include the dismissal of the above-captioned case, and have been working diligently toward finalizing the settlement,

including exchanging drafts of a comprehensive Lease Amendment, Releases, a Settlement Agreement, a Stipulation of Dismissal, and related documentation.

5.    These discussions were delayed by Kmart's announcement of its plans to merge with Sears, but the parties have resumed actively negotiating the final resolution, have virtually completed the documentation, and need to arrange for execution once the papers are finalized.

6.    In light of the impending settlement, and in order to avoid the significant time and resources needed to prepare, file and review Summary Judgment materials which will be mooted by the settlement, the parties respectfully request that the remaining briefing deadlines be postponed, and that the parties be afforded an additional two (2) weeks to finalize documentation of their settlement.

WHEREFORE, the Plaintiff, Assembly Square Limited Partnership and the Defendant, Kmart Corporation, hereby request that the Court extend the deadline for filing an Opposition to Defendant's Motion for Summary Judgment through and including February 1, 2005, and that the Reply Brief deadline be extended accordingly to and through February 15, 2005.

Respectfully submitted,

KMART CORPORATION

By its Attorneys,
ROPES & GRAY, LLP

_____
Douglas H. Meal (BBO #340971)
Kristen Hanisch Mansharamani
(BBO #655710)
Ropes & Gray, LLP
One International Place
Boston, MA  02110
(617) 951-7000

ASSEMBLY SQUARE LIMITED PARTNERSHIP,

By its Attorneys,
RIEMER & BRAUNSTEIN LLP

_____
Dennis E. McKenna (BBO #556428)
Craig J. Ziady (BBO #565216)
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA  02108
(617) 523-9000

2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ASSEMBLY SQUARE LIMITED
PARTNERSHIP,

      Plaintiff

v.

K-MART CORPORATION,

      Defendant

Civil Action
No. 04-10093-EFH

## CERTIFICATE OF SERVICE

I, Craig J. Ziady, hereby certify that on this ___th day of January, 2005, I served a copy of the foregoing Joint Motion upon Defendant's counsel of record by first-class mail, postage prepaid, to

Kristen Hanisch Mansharamani, Esquire
Ropes and Gray LLP
One International Place
Boston, MA  02110

Craig J. Ziady

59553.1.872802.1

3