FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

2005 FEB -1 P 2: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

ASSEMBLY SQUARE LIMITED
PARTNERSHIP,

        Plaintiff

v.

KMART CORPORATION,

        Defendant

---

Civil Action
No. 04-10093-EFH

## JOINT MOTION TO EXTEND SUMMARY JUDGMENT DEADLINES TO DOCUMENT AND FINALIZE SETTLEMENT

Assembly Square Limited Partnership ("Plaintiff") and Kmart Corporation ("Kmart") hereby move this Court for an Order extending the remaining Summary Judgment deadlines by two (2) additional weeks in order to allow the parties to finalize their global settlement. As grounds in support of this joint motion, the parties state as follows:

1.      Pursuant to the Joint Statement of the Parties under Local Rule 16.1(D) as amended, dispositive motions, including Motions for Summary Judgment, were originally to be filed by July 30, 2004.

2.      Kmart filed a Motion for Summary Judgment on July 30, 2004. Under the operative briefing schedule, Plaintiff's opposition would have been due fourteen (14) days later.

3.      However, since the parties' settlement discussions advanced to the point where a global resolution of all claims and defenses appeared likely, the parties jointly obtained extensions of the filing deadline up to and including February, 2005.

4.      The parties have agreed on a settlement that will include the dismissal of the above-captioned case, and have continued to work diligently toward finalizing the settlement,

including exchanging drafts of a comprehensive Lease Amendment, Releases, a Settlement

Agreement, a Stipulation of Dismissal, and related documentation.

     5.     The parties have essentially completed the documentation and need to arrange for

execution to consummate the Agreement.

     6.     In light of the impending settlement, and in order to avoid the significant time and

resources needed to prepare, file and review Summary Judgment materials which will be mooted

by the settlement, the parties respectfully request that the remaining briefing deadlines be

postponed, and that the parties be afforded an additional two (2) weeks to finalize documentation

of their settlement.

     WHEREFORE, the Plaintiff, Assembly Square Limited Partnership and the Defendant,

Kmart Corporation, hereby request that the Court extend the deadline for filing an Opposition to

Defendant's Motion for Summary Judgment through and including February 15, 2005, and that

the Reply Brief deadline be extended accordingly to and through March 1, 2005.


Respectfully submitted,

KMART CORPORATION

By its Attorneys,
ROPES & GRAY, LLP


Douglas H. Meal (BBO #340971)
Kristen Hanisch Mansharamani
(BBO #655710)
Ropes & Gray, LLP
One International Place
Boston, MA 02110
(617) 951-7000

ASSEMBLY SQUARE LIMITED
PARTNERSHIP,

By its Attorneys,
RIEMER & BRAUNSTEIN LLP


Dennis E. McKenna (BBO #556428)
Craig J. Ziady (BBO #565216)
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108
(617) 523-9000

2

UNITED STATES DISTRICT COURT,    FILED
FOR THE                          IN CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

2005 FEB -1 P 2: 57

| | |
|---|---|
| ASSEMBLY SQUARE LIMITED PARTNERSHIP, | U.S. DISTRICT COURT DISTRICT OF MASS. |
| Plaintiff | |
| v. | Civil Action No. 04-10093-EFH |
| K-MART CORPORATION, | |
| Defendant | |

## CERTIFICATE OF SERVICE

I, Craig J. Ziady, hereby certify that on this 1st day of February, 2005, I served a copy of the foregoing Joint Motion upon Defendant's counsel of record by first-class mail, postage prepaid, to

Kristen Hanisch Mansharamani, Esquire
Ropes and Gray LLP
One International Place
Boston, MA  02110

Craig J. Ziady

59553.1.874994.1

3