UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 23 P 3: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

ASSEMBLY SQUARE LIMITED
PARTNERSHIP,

    Plaintiff

v.

KMART CORPORATION,

    Defendant

Civil Action
No. 04-10093-EFH

## STIPULATION OF DISMISSAL

The Plaintiff, Assembly Square Limited Partnership, and the Defendant, Kmart Corporation, hereby stipulate and agree that the Complaint in this matter shall be dismissed, with prejudice and without costs to either party. The parties hereto waive all rights of appeal herefrom.

KMART CORPORATION

By its Attorneys,
ROPES & GRAY, LLP

_____
Douglas H. Meal (BBO #340971)
Kristen Hanisch Mansharamani
(BBO #655710)
Ropes & Gray, LLP
One International Place
Boston, MA 02110
(617) 951-7000

ASSEMBLY SQUARE LIMITED
PARTNERSHIP,

By their Attorneys,
RIEMER & BRAUNSTEIN LLP

_____
Dennis E. McKenna (BBO #556428)
Craig J. Ziady (BBO #565216)
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108
(617) 523-9000

59553.1.874480.1